# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. JUDE HERITAGE MEDICAL GROUP, Administrator of the St. Jude Heritage Group Cash Balance Pension Plan<br><br>Plaintiff,<br><br>v.<br><br>INTEGRATED WEALTH MANAGEMENT, INC., a California Corporation, ANTHONY PISANO, as Successor Trustee of the Living Trust and Executor of the Estate of James M. Casey, TEAM JUPITER, LLC, a Delaware Limited Liability Company and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO.: 8:17-cv-00647 JVS (JDE)**<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

Having considered the Parties' Stipulated Protective Order and for good cause shown therein, IT IS HEREBY ORDERED THAT the Stipulated Protective Order (Dkt. 84) is entered as an Order of the Court.

DATED: July 11, 2019

_____
JOHN D. EARLY
United States Magistrate Judge