# JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| St Judge Heritage Medical Group,<br><br>        Plaintiff,<br><br>   v.<br><br>Integrated Wealth Management, Inc, et al,<br><br>        Defendant(s). | SACV 17-00647JVS(JDEx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED: October 8, 2019

                                        James V. Selna<br>
                                  United States District Judge