**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| ST. JUDE HERITAGE MEDICAL GROUP, as Administrator of the St. Jude Heritage Medical Group Cash Balance Pension Plan,<br><br>Plaintiff,<br><br>vs.<br><br>INTEGRATED WEALTH MANAGEMENT, INC., ANTHONY PISANO, as Successor Trustee of the Living Trust and Executor of the Estate of James M. Casey, TEAM JUPITER, LLC, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:17-CV-00647-JVS-JDE<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE** |

IT IS HEREBY ORDERED that plaintiff ST. JUDE HERITAGE MEDICAL GROUP and defendants Integrated Wealth Management, Inc. ("IWM") and Anthony Pisano, as Trustee of the Trust and Executor of the Estate of James M. Casey, and TEAM JUPITER, LLC's Stipulation to Dismiss Case with Prejudice is hereby granted.

This action is hereby dismissed with prejudice as to all claims and parties. All parties shall bear their respective attorneys' fees and costs incurred in this lawsuit.

IT IS SO ORDERED:

Dated: March 09, 2020

_____
JAMES V. SELNA
District Judge